**Order entered December 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01545-CV

## IN THE MATTER OF DEMPSTER A. ROSS

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02315-2019**

## ORDER

By motion filed December 3, 2020, appellant seeks an extension of time to file his brief. The motion, signed November 25, 2020 and mailed December 1, 2020, is similar to an extension motion that was signed November 19, 2020, mailed the following day, and filed November 23, 2020. The November 23rd motion was granted on November 30, 2020, and appellant was ordered to file his brief by January 8, 2021.

In light of our November 30th order, we **DENY** appellant's December 3rd motion as moot.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE